IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RAJKEITH H. REED,<br><br>        Plaintiff,<br><br>    v.<br><br>CAMDEN COUNTY JAIL,<br><br>        Defendant. | Civil Action<br>No. 16-7169 (JBS-AMD)<br><br>**MEMORANDUM OPINION** |

**SIMANDLE, Chief District Judge**

    Plaintiff Rajkeith H. Reed seeks to bring this civil action *in forma pauperis* ("IFP"). IFP Application, Docket Entry 1-1.

    According to the application submitted by Plaintiff, Plaintiff earns $3,500 per month. *Id.* After taking into consideration the listed monthly expenses,[1] it appears Plaintiff is able to pay the $350 filing fee and $50 administrative fee. His application to proceed *in forma pauperis* is therefore denied. This matter shall be administratively terminated pending submission of the filing and administrative fees.

    An appropriate order follows.

| | |
|---|---|
| **December 9, 2016** | s/ Jerome B. Simandle |
| Date | JEROME B. SIMANDLE<br>Chief U.S. District Judge |

---

[1] Plaintiff indicates he spends $3,150 per month; however, that number includes $500 per month on "recreation, entertainment, newspapers, magazines, etc." Plaintiff therefore can pay the filing and administrative fees without being deprived of life's necessities.